604     In re Texas International Securities Litigation

| | | |
|---|---|---|
| 84/06/08 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, AND CERT. OF SVC. -- All plaintiffs (in ten actions) -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/06/18 | | APPEARANCES -- STANLEY M. GROSSMAN, ESQ. for Herbert Silverberg, A-1; SAMUEL P. SPORN, ESQ. for Bruce H. Tuchman, A-2; BERNARD M. GROSS, ESQ. for H. Dewey Yesner, A-4; ROBERT P. SUGARMAN, ESQ for Stevens Weiss, A-5; RICHARD BEMPORD, ESQ. for Edward J. Becker, A-6; TERRELL W. OXFORD, ESQ. for Stanley and Deborah Herschfang, A-7; ARNOLD LEVIN, ESQ. for Thomas Hoke, A-8; ROBERT N. KAPLAN, ESQ. for Alan A. Berger, et al., A-10; GENE L. MORTENSEN, ESQ. for Raymond F. Kravis & Associates, Inc.; LEONARD BARRACK, ESQ for E.F. Hutton & Company Inc.; BURCH BAILEY, ESQ. for Arthur Andersen & Co.; HARRY A. WOODS, JR., ESQ. for Keplinger and Associates, Inc.; DANIEL S. GREENFELD, ESQ. for Texas International Company, Robert Gist, James Kishpaugh, Kenneth Peak, George Platt and Charles Reimer (rh) |
| 84/06/25 | | APPEARANCE: Steven J. Toll for Elsie Shapiro and Glen DeValerio for Alphonse J. Napolitano    (emh) |
| 84/06/25 | 2 | RESPONSE -- E.F. Hutton & Co., Inc. -- w/cert. of svc. (emh) |
| 84/06/25 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- defts. Texas International Co., Arthur Andersen & Co., Keplinger & Associates, Inc., Raymond F. Kravis & Associates, Inc., James A. Kishpaugh, Kenneth R. Peak, Charles M. Reimer, Robert C. Gist and George Platt -- GRANTED to 6/26/84 (one day) -- Notified PASL (emh) |
| 84/06/25 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-10 for Panel hearing in Boston, Massachusetts on July 26, 1984   (emh) |
| 84/06/26 | | APPEARANCE: Brooke S. Murphy for Keplinger & Assoc., Inc. (emh) |
| 84/06/26 | 4 | REQUEST TO FILE RESPONSE IN EXCESS OF TWENTY PAGES -- GRANTED -- signed by Michael Hirschfeld on behalf of defts. (see pldg. 5 for involved defts.) (emh) |
| 84/06/26 | 5 | RESPONSE/MEMORANDUM -- Defts. Texas International Co., James A. Kishpaugh, Kenneth R. Peak, Charles M. Reimer, Robert C. Gist, George Platt, Keplinger and Associates, Inc., Raymond F. Kravis & Associates, Inc. and Arthur Andersen & Co. -- w/Exhibit and cert. of svc. (emh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/07/02 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE -- Response due on 7/3/84 -- GRANTED -- Notified involved counsel. (ds) |
| 84/07/03 | 7 | REPLY MEMORANDUM -- All plaintiffs w/Exhibits A thru C and cert. of svc. (ds) |
| 84/07/09 | 8 | LETTER/RESPONSE -- Texas Intern'l Co., Arthur Andersen & Co., Keplinger & Assoc., Inc., Raymond F. Kravis & Assoc., Inc., James A. Kishpaugh, Charles M. Reimer, Kenneth R. Peak, Robert C. Gist and George Platt -- w/exhibits and cert. of svc. (emh) |
| 84/07/11 | 9 | LETTER (re acceptence by Panel of pldg. 8) and LETTER/RESPONSE TO PLDG. 8 -- E.F. Hutton & Co., Inc. -- w/Exhibit A (cds) |
| 84/07/18 | 10 | LETTER (Re: acceptence by Panel to file a response to pldg. #8) -- LETTER/RESPONSE to pldg. #8 -- Movants (pltfs. in ten actions) w/cert. of svc. (ds) |
| 84/07/24 84/07/24 | | HEARING APPEARANCES: MARC I. GROSS, ESQ. for Plaintiffs in ten actions; MICHAEL L. HIRSCHFELD, ESQ. for Texas International Company, James A. Kishpaugh, Charles M. Reimer, Kenneth R. Peak, Robert C. Gist and George Platt; BROOKE S. MURPHY, ESQ. for Kepplinger & Associates, Inc.; LEONARD BARRACK, ESQ. for E.F. Hutton & Company, Inc. WAIVERS OF ORAL ARGUMENT: Alphonse J. Napolitano; H. Dewey Yesner; Arthur Andersen & Co.; Raymond F. Kravis & Associates, Inc.; Edward I. Becker (rh) |
| 84/08/13 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable David L. Russell, W.D. Okla., for pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 84/08/13 | | TRANSFER ORDER -- transferring A-4, A-5, A-8 A-9 and A-10 to the W.D. Oklahoma for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 85/03/06 | | SUBSTITUTION OF ATTORNEYS/NOTICE OF APPEARANCE -- R. DOW BONNELL, ESQ. for Keplinger and Associates, Inc. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 604 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Texas International Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 13, 1984 | TO | Unpublished | W.D. Oklahoma | David L. Russell | |

Special Transferee Information

DATE CLOSED: 6/24/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

W.D. Oklahoma
Hon. David L. Russell

DOCKET NO. 604 -- In re Texas International Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Herbert Silverberg v. Texas Int'l Co., et al. | W.D.Okla. Russell | Civ-84-366 R | | | 6/24/93D | |
| A-2 | Bruce H. Tuchman v. Texas Int'l Co., et al. | W.D.Okla. Russell | Civ-84-~~386~~ 368 R | | | 6/24/93D | |
| A-3 | Alphonse J. Napolitano v. Texas Int'l Co., et al. | W.D.Okla. Russell | Civ-84-534 R | | | 6/24/93D | |
| A-4 | H. Dewey Yesner v. ~~Texas Int'l Co.~~, et al. / motion 6/8/84 James A. Kispaugh, | D.N.J. Brotman | 84-0494 | 8/13/84 | 84-2290 R | 6/24/93D | |
| A-5 | Steven H. Weiss v. Robert C. Gist, et al. | E.D.N.Y. Wexler | 84-0816 | 8/13/84 | 84-3211 R | 6/24/93D | |
| A-6 | Edward I. Becker v. Texas Int'l Co., et al. | W.D.Okla. Russell | Civ-84-571 ER | | | 6/24/93D | |
| A-7 | Stanley Hershfang, et al. v. Texas Int'l Co., et al. | W.D.Okla. Russell | Civ-84-601 R | | | 6/24/93D | |
| A-8 | Thomas Hoke v. ~~Texas Int'l Co., et~~ al. James A. Kispaugh, et | D.N.J. Brotman | 84-0879 | 8/13/84 | 84-2292 R | 6/24/93D | |
| A-9 | Elsie Shapiro v. Texas Int'l Co., et al. | D.N.J. Brotman | 84-1387 | 8/13/84 | 84-2293 R | 6/24/93D | |
| A-10 | Alan A. Berger, et al. v. Texas Int'l Co., et al. | D.N.J. Brotman | 84-1510 | 8/13/84 | 84-2291 R | 6/24/93D | |

July 1985 - 5 TK; 5 X/2; 10 R/3
July 1986 - Same       July 1992 - Same
July 1987 - Same       Sept 1993 10 Dis/Lit closed
July 1988 - Same
July 1989 - Same
July 1990 - Same
July 1991 - Same

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 604 -- In re Texas International Securities Litigation

---

HERBERT SILVERBERG (A-1)
Stanley M. Grossman, Esq.
Pomerantz, Levy, Haudek, Block
  & Grossman
295 Madison Avenue
New York, New York  10017

BRUCE H. TUCHMAN (A-2)
Samuel P. Sporn, Esq.
Schoengold & Sporn, P.C.
217 Broadway
New York, New York  10007

ALPHONSE J. NAPOLITANO (A-3)
Glen DeValerio, Esq.
Berman, DeValerio & Pease
One Liberty Square
Boston, Massachusetts  02109

H. DEWEY YESNER (A-4)
Bernard M. Gross, Esq.
Gross & Sular, P.C.
1500 Walnut Street, 6th Floor
Philadelphia, Pennsylvania  19102

STEVEN H. WEISS (A-5)
Robert P. Sugarman, Esq.
Milberg, Weiss, Bershad, Specthrie
  & Lerach
One Pennsylvania Plaza - Suite 4915
New York, New York  10119

EDWARD I. BECKER (A-6)
Richard Bemporad, Esq.
Lowey, Dannenberg & Knapp, P.C.
747 Third Avenue
New York, New York  10017

STANLEY HERSHFANG, ET AL. (A-7)
Terrell W. Oxford, Esq.
Susman, Godfrey & McGowan
2400 Allied Bank Plaza
Houston, Texas  77002

THOMAS HOKE (A-8)
Arnold Levin, Esq.
Levin & Fishbein
320 Walnut Street
Suite 600
Philadelphia, Pennsylvania  19106

ELSIE SHAPIRO (A-9)
Steven J. Toll, Esq.
Kohn, Milstein, Cohen
  & Hausfield
1776 K Street, N.W.
Washington, D.C.  20006

ALAN A. BERGER, ET AL. (A-10)
Robert N. Kaplan, Esq.
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York  10168

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 604 -- _____

| | |
|---|---|
| TEXAS INTERNATIONAL COMPANY<br>ROBERT GIST<br>JAMES KISHPAUGH<br>KENNETH PEAK<br>GEORGE PLATT<br>CHARLES REIMER<br>Daniel S. Greenfeld, Esq.<br>Michael L. Hirschfeld, Esq.<br>Seyfarth, Shaw, Fairweather<br>  & Geraldson<br>520 Madison Avenue<br>New York, New York  10022<br><br>KEPLINGER AND ASSOCIATES, INC.<br>R. Dow Bonnell, Esquire<br>Morrel & West, Inc.<br>4111 S. Darlington, Sixth Floor<br>Tulsa, Oklahoma 74135<br><br>ARTHUR ANDERSEN & COMPANY<br>Burck Bailey, Esq.<br>Fellers, Snider, Blankenship,<br>  Bailey & Tippens<br>24th Floor, First National Center<br>Oklahoma City, Oklahoma  73102<br><br>RAYMOND F. KRAVIS & ASSOCIATES, INC.<br>Gene L. Mortensen, Esq.<br>Rosenstein, Fist & Ringold<br>525 South Main, Suite 300<br>Tulsa, Oklahoma  74103<br><br>E.F. HUTTON & COMPANY, INC.<br>Loenard Barrack, Esq.<br>Barrack, Rodos & Bacine<br>Suite 2100<br>1845 Walnut Street<br>Philadelphia, Pennsylvania  19103 | No Appearance Received:<br><br>JULIAN P. KORNFIELD<br>CARROL L. SPELL<br>ARTHUR E. HEWETT<br>J. WARD MACDONALD<br>ROBERT S. FLANIKEN<br>DAVID L. DOSS<br>FRANK M. DICKERSON<br>RUSSELL L. BURGET<br>JOHN M. LONGMIRE<br>JOSEPH J. ROMANO<br>CHARLOTTE A. EVANS<br>WALTER O. BLANKSTON<br>JOHN G. BRIMMER<br>PAUL B. RODDEN<br>DREXEL BURNHAM & LAMBERT, INC.<br>NEITHERLAND SEWELL & ASSOCIATES, INC.<br>GEORGE PLATT<br>Daniel S. Greenfeld, Esq.<br>(see counsel for Texas International Co.,<br> et al.) |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 604 -- In re Texas International Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Texas International Co. | A-1 thru A-10 |
| Keplinger & Associates, Inc. | A-1 thru A-4, A-7 thru A-10 |
| Raymond F. Kravis Associates, Inc. | A-1, A-3, A-4, A-8 thru A-10 |
| James A. Kishpaugh | A-2, A-4, A-6 thru A-8 |
| Julian P. Kornfield | A-2, A-4, A-7, A-8 |
| Carrol L. Spell | A-2, A-4, A-7, A-8 |
| Arthur E. Hewett | A-2, A-4, A-7, A-8 |
| J. Ward MacDonald | A-2, A-4, A-7, A-8 |
| Kenneth R. Peak | A-2, A-4, A-6 thru A-8 |
| Charles M. Reimer | A-2, A-7, |
| Robert S. Flaniken | A-2, A-7, |

p. 2

| | |
|---|---|
| David L. Doss | A-2, A-7, |
| Frank M. Dickerson | A-2, A-7, |
| Russell L. Burget | A-2, A-7, |
| John M. Longmire | A-2, A-4, A-7, A-8 |
| Joseph J. Romano | A-2, A-7, |
| Charlotte A. Evans | A-2, A-7 |
| Walter O. Blankston | A-2, A-4, A-7, A-8, |
| Robert C. Gist | A-2, A-4, A-7, A-8, |
| ~~Keplinger & Associates, Inc.~~ | ~~A-1 thru A-4, A-7 thru A-10~~ |
| John G. Brimmer | A-4, A-8 |
| Paul B. Rodden | A-4, A-8 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 604 -- In re Texas International Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Arthur Andersen & Co. | A-4, A-8 |
| Drexel Burnham & Lambert, Inc. | A-4, A-8 |
| Neitherland Sewell & Associates, Inc. | A-4, A-8 |
| E. F. Hutton & Co., Inc. | |
| George Platt | |