DOCKET NO. 604



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
AUG 13 1984
PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TEXAS INTERNATIONAL SECURITIES LITIGATION

TRANSFER ORDER

    This litigation consists of ten actions pending in three districts as follows: five actions in the Western District of Oklahoma, four actions in the District of New Jersey, and one action in the Eastern District of New York. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the plaintiffs in the ten actions to centralize the actions in the District of New Jersey for coordinated or consolidated pretrial proceedings. No responding party has opposed centralization. Twenty-five defendants named in the various actions, however, support selection of the Western District of Oklahoma rather than the District of New Jersey as transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that these ten actions involve common questions of fact and that centralization under 28 U.S.C. §1407 in the Western District of Oklahoma will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All the actions before the Panel involve alleged violations of securities laws arising from alleged misstatements of material information concerning Texas International Company's proven oil and gas reserves. Moreover, overlapping class certifications have been sought in the ten actions. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    Movants favor selection of the District of New Jersey as transferee forum because, <u>inter alia</u>, 1) pending in that district are three purportedly related actions (not included by movants in their Section 1407 motion) brought against a brokerage firm that is not a party to the ten actions before the Panel; and 2) the judge assigned the New Jersey actions in this docket has already gained familiarity with the issues in this litigation as a result of presiding over the three purportedly related New Jersey actions. While the District of New Jersey may be an acceptable forum, on balance we are persuaded that the Western District of Oklahoma is the appropriate forum for this litigation. We note that 1) most of Texas International's records and relevant employees are located at its Oklahoma City corporate headquarters; 2) the defendant accounting firm's records and witnesses are at its Oklahoma City office; 3) individual defendants all reside in or around Oklahoma City; 4) the defendant energy consultants have offices and records in Oklahoma; 5) the operative facts alleged in the complaints occurred for the most part in Oklahoma and, to a lesser degree, in Texas and Louisiana; and 6) five of the ten actions in this docket are already pending in the Western District of Oklahoma.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts outside the Western District of Oklahoma be, and the same hereby are, transferred to the Western District of Oklahoma and, with the consent of that court, assigned to the Honorable David L. Russell for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-604 -- In re Texas International Securities Litigation</u>

<u>Western District of Oklahoma</u>

<u>Herbert Silverberg v. Texas International Co., et al.</u>, C.A. No. Civ-84-366-R

<u>Bruce H. Tuchman v. Texas International Co., et al.</u>, C.A. No. Civ-84-386-R

<u>Alphonse J. Napolitano v. Texas International Co., et al.</u>, C.A. No. Civ-84-534-R

<u>Edward I. Becker v. Texas International Co., et al.</u>, C.A. No. Civ-84-571-E

<u>Stanley Hershfang, et al. v. Texas International Co., et al.</u>, C.A. No. Civ-84-601-R

<u>Eastern District of New York</u>

<u>Steven H. Weiss v. Robert C. Gist, et al.</u>, C.A. No. 84-0816

<u>District of New Jersey</u>

<u>H. Dewwy Yesner v. Texas International Co., et al.</u>, C.A. No. 84-0494

<u>Thomas Hoke v. Texas International Co., et al.</u>, C.A. No. 84-0879

<u>Elsie Shapiro v. Texas International Co., et al.</u>, C.A. No. 84-1387

<u>Alan A. Berger, et al. v. Texas International Co., et al.</u>, C.A. No. 84-1510